R. L. Feltinton, Assignee of John W. F. Smith, Successor Receiver of Chicago Bank of Commerce, Appellee, v. Josephine Rongetti, Appellant.

Gen. No. 44,272.

opinion filed March 1, 1949; released for publication May 12, 1949. Joseph B. Gilbert, for appellant; Aaron Soble, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.